I agree with the majority that, in this instance, the defendant was not entitled to a jury instruction on the lesser included offenses of robbery in the second degree and robbery in the third degree. The basis, however, is an absence of evidence produced at trial which would have supported a reasonable theory as to a lesser included offense. A defendant is entitled to a "lesser included offense" instruction where there is a reasonable theory from the evidence supporting the lesser included offense position, regardless of whether the State or the defendant offers the evidence supporting that theory. Ex parte Pruitt, 457 So.2d 456 (Ala. 1984); Chavers v.State, 361 So.2d 1106 (Ala. 1978).
As to the issue regarding the lack of a jury instruction on unanimity, I agree with the views expressed in Justice Maddox's dissenting opinion.